# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 18, 2012

Robert P. Young, Jr.,
Chief Justice

144151

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 144151
COA: 305654
Hillsdale CC: 10-342287-FH

BRUCE BJ BURGETT,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 24, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2012

*Corbin R. Davis*

Clerk

p0411